**FILED**

AUG 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

_____ District of _____

Marcia Hughes Cleveland   *1602 -Dickens Place*
*Upper Marlboro, MD*
*20774*

V.

~~CIVIL ACTION NO~~

Honorable Michael Chertoff, Secretary
Department of Homeland Security
Washington, DC 20528

CASE NUMBER  1:05CV01709

JUDGE: Gladys Kessler

DECK TYPE: Employment Discrimination

DATE STAMP: 08/*26*/2005

JURY ACTION

## COMPLAINT

_Marcia H. Cleveland_
**SIGNATURE**

Marcia Hughes Cleveland
1602 – Dickens Place
Upper Marlboro, MD 20774
(home) 301-808-0682

Complaint of Marcia Hughes Cleveland

On September 30, 2004, I filed an EEO complaint on the basis of race, color, disability and sex. My race is African American; my color is black; I have spinal column disabilities; and my sex is female. My GS grade and series is GS-2210-13/8. Initially I filed an EEO complaint because I was performing the duties of a GS-14 and I requested a desk audit, but my agency Immigration and Customs Enforcement located in Washington, DC, would not allow me to request a desk audit. In fact the agency right out denied my request for a desk audit. I also filed the EEO complaint because I applied for a GS-14 vacancy announcement # 2003-DHS-ADS-31-1-TM but was not selected. The people who were selected were all white people and pre-selected, so after not being allowed to request a desk audit and after not being selected for the aforementioned GS-14 vacancy announcement I realized that agency management were treating me unfairly and disparately. Even worse ICE OCIO was discriminating against me.

**DISCOVERY/BACKGROUND:**

Since January 2004, I could never get a straight answer from my management about the status of my student loan so I made inquiries about it to Dominica Guitierrez, Al Hudson, Gary Hartwig and the Agency's Chief of Staff Chris Battles. Non-Black people (mostly males (i.e., George Estes, Raj Vellore, Bill Koren, Bill McElhaney, Len Pulley, G. E. Woodford, William Grush)) are always allowed to directly communicate and/or vent to Al Hudson or Gary Hartwig, but if a lower grade disabled black person as myself starts to complain by going outside the chain-of-command then we're frowned upon and questioned. It's acceptable for non-disabling white people to complain but black people, other minorities and disabled people aren't allowed to complain outside the chain-of-command. If you

1

complain and you're caught there will be repercussions, such as upper level management in OCIO as well as 1st and 2nd line supervisors applying pressure on you and not allowing you to take action within the limits of the law. You will be harassed until you become very stressed out and sick (as myself) or you chose to find a job (hopefully) at another agency. This is what happened to me. I started going to managers outside my organization OCIO for answers. I figured since my organization couldn't or rather wouldn't provide me with the answers to my questions regarding my application for the repayment of my student loan, I would go to someone who could provide me with the answers. That's why I went to Mr. Chris Battles, Joint Chief of Staff for the agency.

********************

Other white males (Tom Bush – temporary promotion; Larry Turner; John Sauer; Bill Koren) and white females (Carol Wanzer – temporary promotion; Sue McHugh-Polley; Ginny McCullough) and black males (James Lee, Keith Jones) have been promoted to the next higher grade level without having a desk audit and/or without having to compete.

*****************

Specifically, I met with George Estes and he wanted to know if I was still pursuing the desk audit. I said yes. George said he didn't know what to do or say because he could no longer trust me. George Estes made this statement in front of Patrick Clark. Prior to this, George told me to wait before I move forward to request a desk audit.

Later, I met with former Deputy CIO, Al Hudson, and then Acting Director OCIO Human Resources, Cathy Merrill and I informed them both that I would be

2

Complaint of Marcia Hughes Cleveland

requesting a desk audit. Cathy Merrill communicated this information to Sheila Foxx and the next day, Cathy Merrill reported to George Estes that I had met with Al Hudson and herself the night before regarding my request for a desk audit. That morning George called me into his office and hatefully and angrily accused me of violating his trust because I agreed that I would not pursue the desk audit. George made many accusations about not being able to trust me so I started crying. I knew that I told him that I wouldn't pursue any of the action items (i.e., desk audit, and student loan repayment), but I told him that after further thought of both subjects, I felt that I would be doing myself and my family a huge injustice if I didn't pursue these issues.

I also met with Pat Clark on the issue of the desk audit and Pat said it could turn against you. I responded it can turn against me if management riggs the desk audit by trying to persuade the Classification Specialist to make sure the desk audit is not in my favor. Pat Clark also said the desk audit could be in your favor or not in my favor, 3 things can happen: remove me from the position and give me less complex duties; place me in a GS-13 position; or promote me via accretion of duties.

Ultimately, I was denied a desk audit by Al Hudson, Gary Hartwig, Cathy Merrill, George Estes, and Sheila Foxx therefore no desk audit was ever performed. Yet, requesting a desk audit is a federal employee's entitlement. Furthermore, I was told that I should wait until the dust settles. I was also told by George Estes that if the desk audit is not in my favor I would be downgraded and so would others who were on the same PD.

****************

Complaint of Marcia Hughes Cleveland

Subsequent to July 7, 2004, the agency failed to advise me of the status of my candidacy for the position announced under vacancy announcement 2003-DHS-ADS-31-1-TM. The reason for this is because the agency pre-selected white candidates and placed ALL white males and females in the numerous positions and management was too busy to notify me because by then all the pre-selected candidates had been promoted to either the GS-14 or GS-15. The agency ultimately cancelled the vacancy announcement after they filled the position with the people they wanted in the position. There was no fair competition for vacancy announcement 2003-DHS-ADS-31-1-TM. Subsequently, the agency failed to advise you that the vacancy announcement in question was subsequently cancelled.

This was an OPEN vacancy announcement for where there was no closing date. This vacancy announcement was setup to pre-select certain individuals to promote them to the GS-14 level. The individuals selected for this vacancy were primarily white (both females and males – Paul Kupenstein) and less qualified than my self. Very few blacks (if any) were selected for promotion under this vacancy announcement. This pattern of pre-selection continues to exist throughout ICE (legacy INS). Many of the people selected for promotion to fill this position (e.g., Sue McHugh-Polley) and similar positions are contractors (e.g., Larry Turner, John Sauer, Bill Koren, Leslie Hope) who have no government experience but because they have worked as contractors (i.e., EDS) on prime contracts directly for OCIO (formerly OIRM) they are pre-selected to fill government IT Specialist positions usually starting from a GS-13 or GS-14. Usually within a year these same contractors are placed in GS-15 positions that allow them to constantly award contacts on a non-competitive basis (usually involving friends and/or family). Once the

4

Complaint of Marcia Hughes Cleveland

GS-14s (James Lee, John Sauer) or GS-15s (Al Hudson, Larry Turner) are placed in positions of authority the cycle of pre-selection continues.

Also, I have discovered that people were selected to fill this vacancy so the question remains – why was the announcement cancelled. Both white males and females were selected to fill this vacancy so why was this vacancy cancelled. At the end of the announcement period since selections were made the vacancy should have been CLOSED not CANCELLED. The position was never re-advertised, but management continued to place people into supervisory positions from non-supervisory positions. The people who were lateralled into supervisory positions are Judy Duval and Sarah Burns.

<u>REPRISAL ACTIVITY:</u>

My 1st line supervisor, Mary Lewis had me to sign 2 contracts requesting that I be allowed to work three hours from home. Mary Lewis said since my doctor stated he only wants me to work 6 hours per day that I would need to get my doctor's approval to work from home for the remaining 3 hours per day. On or about March 21, 2005, my orthopedic surgeon, Dr. Steven Scherping, wrote a letter indicating that I be allowed to work up to 3 hours from home as tolerated.

The next business day Mary Lewis (in a meeting with Raj Vellore, George Estes, Mattie Talbert and myself) denied me my request to work 3 hours from home even though she had me sign a contract (yet no other white person in OCIO has had to do this and yet many other people especially white people are allowed to work from home without prior approval). Mary Lewis denied my request to telecommute from home. I was called "girl" in this meeting by Mary Lewis. Immediately I responded and told Mary Lewis not to ever call me girl again. Mary Lewis denied me my entitlements under the FMLA. Mary Lewis denied my request for advanced

Complaint of Marcia Hughes Cleveland

sick leave and she told me I could not work past 6 pm (also in this meeting) yet I

continue to be under my doctors care since I have not recovered fully from back

surgery of October 27, 2004.

Actions of Reprisal:

I was reassigned to work under Mary Lewis effective 3-13-05, yet there has

been no paperwork (SF-50) provided indicating that I have been reassigned.

I called in sick on 3-31-05 and spoke to Mary Lewis to tell her that I was

having problems with my back and she called me "girl" again. On April 1, 2005, I

came in the office and reminded her to stop calling me "girl". My daughter heard

Mary Lewis refer to me as "girl" on 3-31-05 and wanted to know why was a

manager referring to me in that light. The harassment got so bad until I started

making contact with some of the managers that I have had a chance to meet and

began inquiring into the possibility of being detailed out of OCIO. I suspect my

name has been "trashed" and rumors started about me filing an EEO complaint

and being a "whistleblower". This type of harassment and reprisal has continued

since I returned back to work on March 3, 2005.

Mary Lewis had me to sign 2 contracts requesting that I be allowed to work

three hours from home yet no other white person in OCIO (to my knowledge) has

ever been required to do this. Specifically, Linda Beatty and Debra Alkire, 2 white

females and close friends of George Estes work from home frequently and they are

not only allowed to work from home, they have not had to sign any type of

contract(s). Mary said since my doctor stated he only wants me to work 6 hours per

day that I would need to get my doctor's approval to work from home for the

remaining 3 hours per day. On or about March 21, 2005, my orthopedic surgeon,

Complaint of Marcia Hughes Cleveland

Dr. Steven Scherping, wrote a letter indicating that I be allowed to work up to 3 hours from home as tolerated.

The next business day Mary Lewis (in a meeting with Raj Vellore, George Estes, Mattie Talbert and myself) denied me my request to work 3 hours from home even though she had me sign a contract (yet no other white person in OCIO has had to do this and yet many other people especially white people are allowed to work from home). Mary Lewis denied my request to telecommute from home. I was called "girl" in this meeting by Mary Lewis. Immediately I responded and told Mary Lewis not to ever call me girl again. Mary Lewis denied me my entitlements under the FMLA. Mary Lewis denied my request for advanced sick leave (also in this meeting) yet I continue to be under my doctors care since I have not recovered fully from back surgery of October 27, 2004.

Mary Lewis has carried forward the harassment and disparate treatment towards me initiated by George Estes.

On 4-15-05 Raj Vellore denied me time off to complete my EEO affidavits. I explained to Raj that on 4-12-05, I realized that I had a scheduled interview with the investigator concerning my EEO complaint but I had not started the affidavit. I also explained that I had already rescheduled once from the originally scheduled date of Wednesday, 4-13-05 and that this interview was scheduled for Monday, 4-18-05. Because of the tight schedule, I called Mary Lewis on Wednesday, 4-13-05 to let her know that I was going to be off for the next 2 days, 4-13-05 and 4-14-05, because I was working on my EEO affidavit. Mary Lewis was not in the office and had a voice recording that said she would be out of the office until 4-20-05. I in turn called George Estes on spoke with him and explained to him that I would not be in

7

Complaint of Marcia Hughes Cleveland

on 4-13-05 and 4-14-05 because I was preparing my EEO affidavit. I also told

George that I would be in the office on Friday, April 15, 2005. I told George Estes

that I was informed by Kimela Smith of EEO that I am allowed a reasonable

amount of time off to prepare the EEO affidavit. George Estes responded why do

you need to be at home? I just replied because of the sensitivity of the information.

Furthermore, as a black disabled female employee, I am not allowed to work

a flexible work schedule. Yet because of my disability I need to be able to have a

flexible work schedule because I continue to have problems with my back. Yet,

OCIO management and formerly OIRM management has allowed white male and

female employees with disabilities (and some without disabilities) and/or

extenuating circumstances work flexible hours. Some of these people are Tracey

Foxx (daughter of Sheila Foxx), Linda Beatty, Debra Alkire, Brian Manweiller,

Richard Tryon, Joan Lewis, Janet Spoonamore.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I had 3 asthma attacks within a month. My asthma attacks occurred on

6-14-05, 7-5-05 and 7-12-05. I notified management of my asthma attacks because

they were all work related due to environmental problems in the building and the

undue stress that I've been under from ICE OCIO management harassing me. The

stress was so bad until my blood sugar level was elevated and I had to have blood

work done to rule out diabetes. After the second asthma attack of 7-5-05 I asked my

managers Raj Vellore and Mary Lewis if I could telecommute from a GSA

telecommuting facility until my asthma was stable. Raj Vellore said he will let Keith

Jones respond to that. For 4 weeks starting from 7-6-05 through 8-5-05 ICE OCIO

management did nothing to try and move me away from the primary source of my

8

### Complaint of Marcia Hughes Cleveland

asthma attacks which was the building.  There is documented evidence that the building has problems with stagnant foul smelling water on the parking garage level; dusty, molded and mildewed stairwells; dusty, dirty and stained carpet; and dusty and dirty duct work.   It wasn't until the newly appointed **Human Resources manager Mr. Gary Crevonis** joined ICE OCIO that I was moved to a cleaner enclosed office.   Neither Mary Lewis nor Raj Vellore would take action to move me to a more healthier work environment.  They wouldn't even entertain the thought of allowing me to work from home, yet my lungs were too weak and sick to continue to be exposed to the unhealthy work environment.

## SEE BELOW EMAIL RESPONSES FROM ICE OCIO MANAGEMENT REGARDING MY ASTHMA ATTACK:

-----Original Message-----

| | |
|---|---|
| **From:** | Lewis, Mary L |
| **Sent:** | Thursday, June 16, 2005 11:03 AM |
| **To:** | Cleveland, Marcia H |
| **Cc:** | Dove, Karen G; Vellore, Raj |
| **Subject:** | COP Request |

Marcia,

This message is in response to our telephone conversation on June 15, 2005, at which time you requested that you be placed on COP for the day because you had suffered an asthma attack on June 14, 2005 (due to the carpet shampoo) while in your work area.  You further stated that I could contact Karen Dove for information on the procedure.  You stated that you would complete the CA - 1 form.

I called Karen Dove to ask for guidance, since I was not familiar with the process.  Karen said that I could put you on COP for the day as you had requested, which I did.  Karen stated that the form CA - 1 must be filled out within 30 days of the event (you already stated that you will do this) and

## Complaint of Marcia Hughes Cleveland

that medical documentation must be provided within ten (10) calendar days. The 10 calendar

days would begin from June 16, 2005.

Thank you,

Mary

##########

    -----Original Message-----

| | |
|---|---|
| **From:** | **Cleveland, Marcia H** |
| **Sent:** | Tuesday, July 12, 2005 5:17 PM |
| **To:** | Vellore, Raj; Ashby, Tony W; Newton, Tom; Dove, Karen G; Lewis, Mary L; Keene, Usha; Jones, Keith A; Greco, Christine M |
| **Subject:** | FW: Request for COP |
| **Importance:** | High |

All - After a second asthma attack on 7/5/05, I am continuing to have problems. At

approximately 4:40 pm today (7-11-05) I tried to contact Mary Lewis, but she was not

available. I then proceeded to Raj Vellore's office. Fortunately, Raj and Mattie Talbert

were in the office. Even more fortunately, I was able to show Raj and Mattie the DIRT,

GRIME, OIL, MOLD, MILDEW, etc that has collected on a collection grid. Just as I was

starting to feel that my lungs were clearing up - I've starting chest tightness all over again.

Until I am moved from this hazardous work environment, I'm continuing to suffer with

asthma episodes.

I'm not trying to be funny - this is affecting my health and it's very serious.

As far as filing 2 CA-1 forms - what's the point - these asthma attacks are going to

continue as long as I have to breathe the GRIME coming from the a/c unit and air ducts.

Marcia Cleveland

    -----Original Message-----

| | |
|---|---|
| **From:** | Cleveland, Marcia H |
| **Sent:** | Tuesday, July 12, 2005 4:35 PM |
| **To:** | Lewis, Mary L |

## Complaint of Marcia Hughes Cleveland

**Cc:**    Vellore, Raj; Jones, Keith A; Ashby, Tony W; Newton, Tom; Dove, Karen G

**Subject:** RE: Request for COP


Mary - the work related incident of 7/5/05 is related to 6/14/05.  When I came in the morning of 7/5/05, there were 4 or 5 building engineers in my office space with the a/c taken apart.  The work on the a/c unit continued on 7/5/05 for about 40 minutes.  Several people in the area witnessed this.  All of this is related (i.e., a/c unit, duct work, pipes, mold, mildew, etc.)


-----Original Message-----

**From:**        Lewis, Mary L

**Sent:**        Thursday, July 07, 2005 3:21 PM

**To:** Cleveland, Marcia H

**Cc:** Vellore, Raj; Jones, Keith A; Ashby, Tony W; Newton, Tom

**Subject:**        Request for COP

Marcia,

While you are assigned to work on the specail project for Usha/Keith, you are to have your leave approved by Usha.  Tom Newton is acting for Usha while she is away.  Please contact Tom on 202-616-7224 and/or via email for you leave approvals.


Based on the guidance from Employee Relations, you must file another claim for your work related incident of 7/5.  Your first claim for 6/14 was related to the carpet shampoo and the second one is related to the A/C not working properly.

Mary

###################

-----Original Message-----

**From:**        Vellore, Raj

**Sent:**        Wednesday, July 13, 2005 11:14 AM

**To:**        Dove, Karen G

**Cc:**        Lewis, Mary L; Ashby, Tony W; Jones, Keith A; Talbert, Mattie; Cleveland, Marcia H

**Subject:**        RE: Marcia Cleveland

## Complaint of Marcia Hughes Cleveland

Karen,

Thanks for the info. I just got a call from Marcia from her doctor's office and she was getting the forms filled out for COP. I advised her to talk to you so does what you expect from her. During the course of the conversation she stated that there are telecommuting GSA facilities near her house that she would like to work from. I told her first to address her present issues and to subsequently to address the telecommuting issue through OCIO.

Raj

###########

-----Original Message-----

**From:**    Lewis, Mary L

**Sent:**    Thursday, July 28, 2005 5:09 PM

**To:**    Cleveland, Marcia H

**Cc:**    Vellore, Raj; Talbert, Mattie; Jones, Keith A; Crevonis, Gary E

**Subject:** Work area testing

Marcia,

Raj and I spoke with Gary Crevonis about your report of the unhealthy conditions that exist in your office work area and that your asthma has been affected. He will request that testing be performed in the area. Any further actions will be contingent upon the test results.

Mary

###########

-----Original Message-----

| | |
|---|---|
| **From:** | Lewis, Mary L |
| **Sent:** | Friday, July 29, 2005 11:10 AM |
| **To:** | Cleveland, Marcia H |
| **Cc:** | Vellore, Raj; Talbert, Mattie; Jones, Keith A; Keene, Usha |
| **Subject:** | Work Station |

## Complaint of Marcia Hughes Cleveland

Marcia,

This email is to inform the other addressees that you and I spoke earlier today about your continuing problems in your current work area. We have asked Usha Keene to see if we have a work space in the CAB that you could use. I will update you further as I have more information.

Mary

##################

-----Original Message-----

| | |
|---|---|
| **From:** | Cleveland, Marcia H |
| **Sent:** | Friday, July 29, 2005 10:54 AM |
| **To:** | Lewis, Mary L |
| **Subject:** | RE: Work area testing |
| **Importance:** | High |

When you say our HR are you referring to OCIO HR or ICE HR. Anyhow, I'm going to see if I can get something done sooner. After being here all day yesterday I had another asthma attack at work. I felt the symptons coming on around 5:30 pm. I'm not doing all that great this morning but I have to work. Currently I heavily medicated and that's causing me problems as well.

**Marcia**

##########

-----Original Message-----

| | |
|---|---|
| **From:** | Lewis, Mary L |
| **Sent:** | Tuesday, August 02, 2005 12:45 PM |
| **To:** | Crevonis, Gary E |
| **Cc:** | Vellore, Raj; Talbert, Mattie; Ashby, Tony W; Cleveland, Marcia H |
| **Subject:** | Temporary Work area |

Gary,

Marcia Cleveland called me this morning to tell me that she would not be in today because she is sick. She further stated that she could not continue to come in and work in her current work area

## Complaint of Marcia Hughes Cleveland

because it is making her sick. I told her that efforts were underway to have the areas inspected. She requested that we find a temporary space for her to work in while the testing is being conducting. I spoke with Raj earlier and he suggested that I forward Marcia's request to your office.

**Mary**

###########

-----Original Message-----

| | |
|---|---|
| **From:** | Lewis, Mary L |
| **Sent:** | Thursday, August 04, 2005 11:06 AM |
| **To:** | Cleveland, Marcia H; Crevonis, Gary E |
| **Cc:** | Vellore, Raj; Ashby, Tony W |
| **Subject:** | RE: Temporary Work area |

Marcia,

In an effort to provide you with reasonable accomodations, Raj, mattie and I surveyed the sixth and the seventh floors for vacant spaces. We located a space with an A/C unit in Bill McElhaney's area and another space with an A/C unit in Raj's area. We also located several other vacant interior spaces. We can show these areas to you.

Mary

-----Original Message-----

| | |
|---|---|
| **From:** | Cleveland, Marcia H |
| **Sent:** | Wednesday, August 03, 2005 10:28 AM |
| **To:** | Lewis, Mary L; Crevonis, Gary E |
| **Cc:** | Vellore, Raj; Ashby, Tony W |
| **Subject:** | RE: Temporary Work area |

**Complaint of Marcia Hughes Cleveland**

Mary and Gary,

FYI - I have been requesting that I be moved to a different work area that is well ventilated since environmental elements are making me more prone to asthma attacks. ICE OWCP Specialist Carol Canty faxed Raj Vellore a letter from my doctor stating that the problems with the building (i.e., mold, mildew, stagnant sewage water, musty and molded stairwells, and now even the front entrance to suite 770 smells).

I first started making this request to Raj after my second asthma attack of 7-5-05. It is now 8-3-05 and nothing has been done to try and provide me with reasonable accomodations.

Marcia

###############

```
----Original Message-----
From: Lemus, Ricardo
Sent: Thursday, August 04, 2005 12:32 PM
To: Cleveland, Marcia H; Walston, Michelle R
Cc: Johnson, Rufus F
Subject: Re: TW 801 - I Street, NW
Rufus please coordinate with Glen on this important issue. R

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Cleveland, Marcia H <MCLEVELA@fins2.dhs.gov>
To: Walston, Michelle R <MWALSTON@fins2.dhs.gov>
CC: Lemus, Ricardo <RLEMUS@fins2.dhs.gov>
Sent: Thu Aug 04 12:15:45 2005
```

**Complaint of Marcia Hughes Cleveland**

Subject: TW 801 - I Street, NW

Michelle,

I am requesting that the Office of Facilities Management inspect Tech
World building 801 - I Street, NW.  The building is environmentally
unhealthy.  There are problems with odors from stagnant sewage water,
mildew and molded stairwell, smelly office suite, malfunctioning air
conditioning units, water leakage from malfunctioning air conditioning
units.  These problems have caused me to be more susceptible to asthma
attacks - I have three asthams attacks between 6-13-05 and 7-12-05.

I've contacted NIOSH, but have not heard from them yet.  It would be
appreciated if your office can figure out what's going on with this
building.

Thank you,

Marcia Cleveland

202-616-7652

###############

-----Original Message-----

| | |
|---|---|
| **From:** | VanNorden, Douglas |
| **Sent:** | Thursday, August 04, 2005 1:26 PM |
| **To:** | Jones, Keith A; McElhaney, William S; Woodford, G.E.; Turner, Larry E; Grush, William; Cykman, Jonathan; Crevonis, Gary E; Vellore, Raj |
| **Cc:** | McCormack, Luke J; Duval, Judith A |
| **Subject:** | Air Quality Testing |

**OCIO Team Directors**

**Complaint of Marcia Hughes Cleveland**

On August 9, 2005, a technician from Healthy Building International (HBI) will be performing a number of environmental tests in Suite 770. HBI's technician expects to be here at 10:00 a.m. and testing may take up to four hours. This is routine and no cause for alarm.

The technician understands that employees will be working in the area while the tests are being conducted. She has been asked to be as unobtrusive as possible, but may need to cause some minor disruptions to employees.

Your cooperation with HBI will be much appreciated.

Please cascade this message through your respective organizations.

####################

-----Original Message-----

From: Dove, Karen G

Sent: Thursday, August 04, 2005 4:51 PM

To: Cleveland, Marcia H

Subject: FW: TW 801 - I Street, NW

Importance: High


Marcia,

Here's the latest from Facilities and Engineering (although you may have already received this.) This sounds promising.

Karen

-----Original Message-----

From: Johnson, Rufus F

Sent: Thursday, August 04, 2005 3:08 PM

To:   Pritchard, Glenn C

Cc:   Walston, Michelle R; Lemus, Ricardo

Subject:   RE: TW 801 - T Street, NW

To All Interested Parties,

## Complaint of Marcia Hughes Cleveland

I spoke with the Property Manager for Techworld (Norwood Marshall)
regarding this matter and he indicated that he has taken corrected
action on many of the things outlined by Ms. Cleveland relative to
environmental concerns.  He has scheduled a air quality test within
next few weeks at Techworld.  He also has discuss the smell issue with
the Hotel that has been experiencing problems with their sewage system.
However, he indicated that whenever there has been an occurrence of
this odor detected in the parking garage the Hotel management has
always responded immediately to the matter.  In fact they have ordered
a new system to deal with the problem that reoccurs periodically.
I have asked Mr. Marshall to provide us with a schedule for when the
Hotel intends to have this work performed and for a copy of his report
on the air quality study.


-----Original Message-----
From: Cleveland, Marcia H <MCLEVELA@fins2.dhs.gov>
To:    Walston, Michelle R <MWALSTON@fins2.dhs.gov>
CC:    Lemus, Ricardo <RLEMUS@fins2.dhs.gov>
Sent: Thu Aug 04 12:15:45 2005
Subject:    TW 801 - I Street, NW
Michelle,

I am requesting that the Office of Facilities Management inspect Tech
World building 801 - I Street, NW.  The building is environmentally
unhealthy.  There are problems with odors from stagnant sewage water,
mildew and molded stairwell, smelly office suite, malfunctioning air
conditioning units, water leakage from malfunctioning air conditioning
units.   These problems have caused me to be more susceptible to asthma
attacks - I have three asthams attacks between 6-13-05 and 7-12-05.

### Complaint of Marcia Hughes Cleveland

I've contacted NIOSH, but have not heard from them yet.  It would be
appreciated if your office can figure out what's going on with this
building.


Thank you,

Marcia Cleveland

202-616-7652

###############

-----Original Message-----

**From:** Talbert, Mattie

**Sent:** Friday, August 05, 2005 10:29 AM

**To:** Cleveland, Marcia H

**Cc:** Lewis, Mary L; Vellore, Raj; Talbert, Mattie

**Subject:** Temporary Alternative Work Space


Marcia, I have been directed to reiterate to you that this move is only temporary therefore, you

should only move those items that are absolutely necessary for you to perform your daily work.

Please contact Larry Jackson @ 6-2717 to schedule a time to get the cart.


Thank You


*Mattie Talbert*

*IT Systems, Division Administrative Support*

*(202) 616-7065, Office*

*(202) 532-5495, Cell*

################

-----Original Message-----

**From:**          Lewis, Mary L

**Sent:**          Tuesday, August 16, 2005 10:11 AM

## Complaint of Marcia Hughes Cleveland

**To:**     Cleveland, Marcia H

**Cc:**     Vellore, Raj; Talbert, Mattie; Dove, Karen G; Swan, Debra J

**Subject:**     OWCP

Marcia,

On 8/10 at 9:50 P.M.,  you left me a telephone voice message that you were still not feeling well and that you were still on COP and you would be going to see your doctor and that you probably would not return to work until perhaps the next Wednesday.  You should verify with Karen Dove or Debra Swan that you are still in the COP status.  You need to ensure that you provide your medical documentation for your period of absence.  You were informed that you were required to file a claim for the 7/5 incident, as it was not covered by your  claim for  6/14, I do not have a record of a second claim.

Mary

#############

-----Original Message-----

**From:**     Lewis, Mary L

**Sent:**     Wednesday, August 17, 2005 10:32 AM

**To:**     Vellore, Raj; Swan, Debra J; Dove, Karen G

**Cc:**     Talbert, Mattie; Cleveland, Marcia H

**Subject:**     Return to work

Raj,

Marcia Cleveland just came to see me and gave me a Certificate to Return to Work.  I will provide you with a copy and to whomever else needs it.  She said that her doctor will write a letter if required to do so.

Mary

#############

# END OF SECTION ON NOT BEING ALLOWED

# REASONABLE ACCOMODATIONS FOR ASTHMA.

**Complaint of Marcia Hughes Cleveland**

*********************

## THE BELOW EMAIL EXCERPT WAS GIVEN TO ME WHEN I INFORMED

## MANAGEMENT THAT I WAS PLANNING FILE AN EEO COMPLAINT.

-----Original Message-----

**From:**     Estes, George H

**Sent:**      Thursday, September 30, 2004 4:55 PM

**To:**        Cleveland, Marcia H

**Subject:**   Recap of Meeting


Marcia:  I would like to recap the meeting that you and I had yesterday (9/29/2004) concerning some issues that needed

to be discussed.  The issues are addressed below:


WORKING WITHIN CHAIN OF COMMAND:  As I reiterated out to you, it is the desire of management that all employees work within the Chain of Command; i.e. deal first directly with your first line supervisor and, in your case, if I am not available, take it to the next higher level. This line of communications pertains to both verbal and written.


This practice results in communications being more efficient and keeps everyone informed.  The issue was surfaced because you have on occasions gone outside the Chain; i.e. to the Chief of Staff, Mr Ladd's office and to the OCIO, bringing unfavorable attention to the organization and sometimes disruptions to projects. We have had prior discussions about this.   My interpretation of our discussion yesterday on this matter is that you agreed to coordinate your activities within the Chain of Command.


ADHERENCE TO CORE HOUR DUTY REQUIREMENTS:  Employees are required to work specific hours; called Core hours, within a duty day.  These core hours are from 9 am to 3 pm and

21

### Complaint of Marcia Hughes Cleveland

should not be deviated from even though an employee may be approved to work Flexihours. Employees must adhere to these core hours unless prior approval is obtained. Prior approval will be granted only for a specific circumstance or if an employee is physically unable to meet the requirements of Core Hours.

In such instances, a doctor's certificate must be furnished explaining the reason for deviation. The CORE HOURS issue was addressed because you have been reporting for work after the beginning of CORE HOURS. While I did not get an agreement from you concerning your adherence to the work regulations, I assume that you will abide by them. Further, the OCIO is in the processing of developing policy that will address this issue in detail.

Additional issues addressed during our meeting are described below:

REPAYMENT OF STUDENT LOAN; One of your major complaints was the lack of activity concerning the approval/disapproval of your application for repayment of your student loan. I have since been advised that the final action on the approval of this loan was awaiting the submission of a waiver; which, I understand, is being prepared. I have passed this information to you yesterday.

DESK AUDIT: You also expressed concerns about the reluctance of the organization to approve your request for a Desk Audit. I explained to you that you were assigned a Position Description (PD) that was also being used by apporixmately 13 other employees. The danger of a Desk Audit, where multiple employees, are involved is that if you lose and a downgrade action is recommended, then all employees using this PD are affected. You seemed to understand this.

     george

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    **Another act of discrimination was when I had put my application in to have my student loan paid for in January 2004 and every excuse was made from OCIO**

22

Complaint of Marcia Hughes Cleveland

Management Al Hudson and Gary Hartwig, Joanne Bast, and Tom Lightner to not

pay my loan. When the funding was identified and George Estes and Pat Clark

signed off on the paperwork, I hand carried my paperwork over to the Director,

Office of Resource Management, Paul Ladd. Dominiqua Guitierrez sent my

paperwork back because she said the CIO had not approved it. Months later I

inquired many times about my student loan repayment application to Dominiqua

Guitierrez. Many times I didn't get a helpful response from Ms. Guitierrez.

Excuses were being made and tossed back and forth between Al Hudson, Gary

Hartwig and Dominiqua Guitierrez. In fact, when I pointed out ICE's policy on the

repayment of student loans and that the OCIO cannot disapprove the repayment on

these loans, Gary Hartwig directly said to me "who's is going to tell me how to

spend my money".

The OCIO Al Hudson and Gary Hartwig made excuses for not repaying my

student loan yet the funds were already obligated. The Agency eventually got

around to making most of the loan repayment because I called the Agency Chief of

Staff, Mr. Chris Battle and asked if he would intervene.

Since I circumvented the system by contacting Mr. Chris Battle, I was placed

on the black ball/retaliation list.

The agency has always paid for males (William McElhaney, Keith Jones, et

al) and white females (Sue Richland, Jennifer Sheriff, Carol Wanzer, et al) to

further their education. Blacks and other minority are not always afforded the

opportunity to further their education. In fact, George Estes has asked me not to

say I'm in graduate school. George would say just say you're taking classes. I have

learned that many of the GS-14 and GS-15 managers in OCIO only have high

Complaint of Marcia Hughes Cleveland

school diplomas and when these managers find out that minorities outrank them in education so some of these same managers will not promote minorities (especially blacks who outrank them by holding advanced degrees – Masters degrees and Phd degrees).

Al Hudson, Gary Hartwig, Joanne Bast and Tom Lightner used the excuse of not knowing how to interpret Agency policy on the Student Loan Repayment Program. I have not been fully reimbursed. It took 9 months for a partial reimbursement to be made. Due to untimely processing I have incurred over $1500 in interest since I first submitted my application for approval and had it signed.

The agency often pays for white males and white females to further and complete their educational programs (i.e., Project Management Certification). However, African American employees (e.g., myself, Emma Woods, Darlene Swann, Naomi Elder, Jackie Jenkins, et al) and other minorities (Nancy Luc, Quang Nguyen, Tuan Nguyen) are not always afforded the opportunity to further their education. In fact, George Estes has asked me not to say I'm in graduate school. George would say just say you're taking classes. I have learned that many of the GS-14 and GS-15 managers in OCIO only have high school diplomas and when these managers find out that minorities outrank them in education so some of these same managers will not promote minorities (especially blacks who outrank them by holding advanced degrees: Masters degrees and Phd degrees).

**************

On October 13, 2004, at 5:53 pm, I received a message on my cell phone and the caller called me a "dirty black stinking nigger". The caller repeatedly called me a "dirty black stinking nigger". The phone call lasted about 3-4 minutes. I reported

24

Complaint of Marcia Hughes Cleveland

the incident to Prince George's County Police and the case was assigned to a Prince

George's County Detective. I also reported the incident the next day to my former

supervisor, George Estes and he didn't seem surprised.

*****************

Not only subsequent to October 27, 2004 have I been disparately treated with

respect to the degree to which my supervisor George Estes and Raj Vellore

requested and required medical documentation from me pertaining to a major back

surgery procedure, this practice has continued right up to the present. Other white

people (both male and female) who report to Raj Vellore and George Estes have

never had to provide medical documentation to the extent I had to provide

documentation. Some of these people are Debra Ward on approved leave for

several months for maternity leave; Linda Beatty on approved leave whenever she's

out sick or due to family emergencies; Debra Alkire on approved leave whenever

she's out sick or due to family emergencies; Jennifer Sheriff on maternity leave

whenever she's out sick or due to family emergencies; and Richard Tryon on the

payroll for more than 5 years with no questions asked. I was told by George Estes

that I had to continue to provide medical documentation on my condition and I was

told by Mary Lewis during the week of March 14, 2005 that each time I was at a

doctor's appointment I had to provide medical documentation. I told Mary Lewis

that federal regulation only requires that I provide medical documentation if I'm

going to be out sick for 3 or more days.

Both George Estes and Raj Vellore harassed me during the time I was

convalescing from back surgery. George even harassed me while I was in the

Complaint of Marcia Hughes Cleveland

hospital by calling me right after surgery. Raj Vellore allowed George Estes to put

me on AWOL once I returned to work on 3-3-05 with a letter from my doctor.

**********************************

      Effective March 2, 2005, I was notified by George Estes and Raj Vellore that

I was being placed in an Absent Without Leave status.

      This type of harassment has continued since I came back to work on March

3, 2005 after being out since October 27, 2004 for back surgery. I was reassigned by

George Estes to work under Mary Lewis effective 3-13-05, yet there has been no

paperwork (SF-50) provided indicating that I have been reassigned.

      Mary Lewis even stated that every time I had a doctor's appointment I had

to provide medical documentation. I told Mary that federal regulations only

require that I provide medical documentation if I have been on sick leave for 3 or

more days.

      I called in sick on 3-31-05 and spoke to Mary Lewis to tell her that I was

having problems with my back and she called me "girl" again. On April 1, 2005, I

came in the office and reminded her to stop calling me "girl". My daughter heard

Mary Lewis refer to me as "girl" on 3-31-05 and wanted to know why was a

manager referring to me in that light. The harassment got so bad until I started

making contact with some of the managers that I have had a chance to meet and

began inquiring into the possibility of being detailed out of OCIO. I suspect my

name has been "trashed" and rumors started about me filing an EEO complaint

and being a "whistleblower".

      Tony Ashby of Management and Employee Relations is involved in this

complaint because the week after I returned to work I telephoned Tony Ashby to

Complaint of Marcia Hughes Cleveland

ask him about the status of continuing VLTP for me. I attempted to explain to Tony

Ashby that I was put on AWOL by George Estes and the pending EEO complaint,

but Tony Ashby stated "I don't want to know anything ...". Mr. Ashby even stated

that I should have come back to work without my doctor's release to return back to

work (which included restrictions). When I asked Tony Ashby about my

entitlements under the FMLA, Mr. Ashby stated I had to fill out another form. Yet,

FMLA in October 2004 when I had my back surgery.

The harassment got so bad until I had to call upon Christine Greco, Director

of Human Resources and Admiral Huewitt of DHS OCIO to intervene. From this

continuing harassment I have been under a large amount of stress which has

affected my recovery from surgery and has aggravated 3 new disc herniations. I

have had 3 asthmas attacks within 1 month. Now I have learned that for the first

time in my life that my blood sugar level is 180 (close to the diabetic state). I have

also received numerous hours of LWOP which has resulted in less than a full pay

check.

Raj Vellore is involved in this because he has allowed the harassment to

continue.


Alleged Discriminating Officials are Raj Vellore, Mary Lewis, Tony Ashby,

George Estes, Keith Jones, Al Hudson, Gary Hartwig, Dominque Guittierez,

Christine Greco and Raj Vellore.

*************

Specifically, George Estes wrote a letter to me stating I was being placed on

AWOL effective March 2, 2005. No reason was given placing me on AWOL.

27

Complaint of Marcia Hughes Cleveland

In March 2005, I was informed that it was too late for me to file for continuation of Pay relating to a workplace injury that occurred on September 23, 2004, and that if I missed any more work you would have to be placed in a Leave Without Pay status.

Not only was I not informed that it was too late for me to file for and take Continuation of Pay relating to a workplace injury that occurred on September 23, 2004, I was denied Continuation of Pay for a previous workplace injury that occurred on or about May 2003. For the May 2003 injury, my supervisor George Estes refused to sign the CA-1 form for the May 2003 injury when I fell on the job. Karen Dove of the ICE EOSH also failed to provide me with information of my rights related to COP. At this time, Karen Dove is saying it's too late for me to file for COP since it was not requested within 30 days of the injury. Karen Dove never informed me (at the time of injury) that I must be placed on COP 30 days from the date of injury. Currently I'm seeing doctors for the accepted injury and am now being told by Karen Dove that my only options are to be placed on LWOP and have the Department of Labor adjudicate the CA-7 or I will need to do a leave buyback. Meanwhile, Karen Dove has informed George Estes and Raj Vellore not to allow me to use COP for an accepted DOL claim. THIS IS RELATED TO REPRISAL FOR FILING EEO CASE # ICE-05-HO83.

Also, Linda Beatty, a white female and close friend who reports directly to George Estes, had an injury on the job when she fell. This injury was similar to my injury except she was allowed to take off more than 45 days COP. Linda had identical surgery as I did (i.e., an anterior cervical discectomy with fusion), but she was not harassed in the manner in which I was harassed and treated disparately.

28

Complaint of Marcia Hughes Cleveland

Linda Beatty was not put on AWOL upon her return to work nor was she placed in a LWOP status. As stated previously, she received MORE than 45 days COP for her injury. Also, Linda Beatty was not required to provide the amount of documentation that I was required to provide.

My first level supervisor George Estes and the EOSH office were responsible for informing me of the requirements for using the COP process. From the time of the 1st injury of May 2003 through March 2005, I was never informed about my entitlements under COP by my 1st line supervisor George Estes.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On March 13, 2005, I was informed that I was being reassigned from the Administrative Systems Section to the Financial Systems Section, which has resulted in the minimization of my duties, and that the individual who was now handling your former responsibilities had been promoted to a GS-14 pay grade.

Not only have my duties been minimized they have been taken from me altogether. Prior to my surgery I was working on a project called "FPS". Working on the FPS project placed me in a position for where I was working at the GS-14/15 level. This was my reason for requesting a desk audit which OCIO management denied me the opportunity of requesting the desk audit. The OCIO management officials who denied me the desk audit were George Estes, Cathy Merril, Gary Hartwig, and Al Hudson. The person, Queenie Johnson, who was assigned my FPS project, was a GS-13 processing payroll actions, and was very well liked by George Estes. Ms. Johnson has gone from processing payroll actions to project management of migrating the FPS system into the ICE infrastructure.

Management denied me the opportunity of a desk audit because they knew that I would get my GS-14, but they did not want to see that happen because I'm an assertive African American woman soon to have a Master of Science degree. Very few management officials within OCIO have college degrees and they feel threatened by anyone who does. There was much harm done to me by OCIO management because they denied me the strong possibility of being promoted or being granted a desk audit. Instead George Estes promoted Ms. Queenie Johnson to a GS-14 and Ms. Johnson is far less qualified than myself.

My qualifications have not changed, however, my duties have changed in a manner so that my duties have been minimized. My projects don't have the visibility as projects once assigned to me (i.e., FPS, CRIX). I have a Bachelor of Science degree and will have my Master of Science degree in May 2006.

Also, I was reassigned to Financial Systems for two reasons. Reason number one is to keep me from performing analytical duties and to keep me from interacting with a large number of contractors, external agencies, and to minimize my interactions with people and systems as well as to keep me from working on projects that have greater chances for promotion. The 2nd reason I was assigned to Financial Systems was to place me under the supervision of a person who is the same race, same gender to minimize (if not alleviate) any future filings of EEO complaints.

******************

On or about March 22, 2005, the my supervisor, Mary Lewis, denied my request to telecommute from home three (3) hours a day, despite my having provided Ms. Lewis with medical documentation from her physician. Not only was my request to telecommute denied, but no reason was ever given.

Complaint of Marcia Hughes Cleveland

The ICE EEO Office never correctly identified my issues nor did they correctly amend my complaint to include the issues of reprisal.

Also ICE OCIO stated that they were interested in wanting to go through the Alternate Dispute Resolution, yet they were never sincere in identifying an unbiased Designated Management Official (DMO) who would attempt to settle this complaint with a mediator.

## END OF DISCOVERY/BACKGROUND

**REMEDY REQUESTED:**

- **I want my promotion to a GS-14 step 3 with annual step increases without competition. I want my current office built up for a GS-14 along with a door and I want a display phone.**

- **Because of the disability discrimination I have been subjected to and in accordance with the American Disabilities Act, I want $150,000.00 in compensatory damages or the maximum allowable amount in accordance with the law.**

- **I want the highest rated performance appraisal and excellent performance ratings thereafter.**

- **I want all of my sick and annual leave restored.**

- **I want to be a prominent member of the IT Business Council or the equivalent.**

- **I want assurance in writing that no one in the Agency will give out derogatory, detrimental information on me. If anyone in the Agency fails to adhere to this corrective action, all agreements will be null and void and I can reinstate this EEO complaint from where it left off in the investigation process.**

Complaint of Marcia Hughes Cleveland

- I want all negative and detrimental information expunged from all of my records. If anyone in the Agency fails to adhere to this corrective action, all agreements will be null and void and I can reinstate this EEO complaint from where it left off in the investigation process.

- Due to all the continuing problems with my back and asthma, I want the option of an early out retirement without the 2% per year penalty, plus $25,000 early out bonus.

- I want to be reassigned to work on GS-14 level projects. All of my IT Systems Projects have been taken away and given to other analysts.

- I want to be paid $1500 in back interest under the student loan repayment program.

- I want re-imbursement for my graduate school tuition, books, and miscellaneous expenses starting with the Fall 2004 semester and going through the Spring 2005 semester.

- I want my student loan for tuition, books, and miscellaneous expenses paid for Fall 2005 semester and Spring 2006 semester

- I want to be allowed to work a flexible schedule.

- I want to be allowed to telecommute/work from home 2 days out of the week, when requested.

- To facilitate working from home, I want a faster laptop that will allow me to connect from home using a cable broadband connection.

- I want all employees throughout OCIO equally afforded the opportunity for promotion and advancement.

Complaint of Marcia Hughes Cleveland

- I want mandatory annual EEO training for all employees, especially managers and supervisors (using actual EEO trainers from HQ, EEO)

- I want OCIO management to develop IDPs (Individual Development Plans) for all OCIO federal employees.

- I am requesting a trial by jury.

- I want all legal and attorney's fees paid in full.

*Marcia H. Cleveland*

**Plaintiff's signature:**                              date: 8-18-2005