## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**MARCIA HUGHES CLEVELAND**

Plaintiff(s),

vs.                                    **Civil Case No.  05cv1709 (GK)**

**MICHAEL CHERTOFF**
　　　　　Defendant(s).

## <u>NOTICE REGARDING EXHIBIT</u>

Pursuant to the procedures for filing documents electronically, as outlined in the

previous Order of the Court, this Notice serves as notification that an Exhibit

to the complaint has been filed in paper form in a the Clerk's Office.   It is

 available for public viewing and  copying between thehours of 9:00 a.m.

 and 4:00 p.m., Monday through Friday.


**NANCY MAYER-WHITTINGTON**

Clerk