UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARCIA HUGHES CLEVELAND,** | ) | |
| 1602 Dickens Place | ) | |
| Upper Marlboro, MD 20774, | ) | |
| | ) | |
| **Plaintiff**, | ) | Civil Action No. 05-1709 (GK) |
| | ) | ECF |
| v. | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| Secretary of the | ) | |
| **Department of Homeland Security** | ) | |
| 425 I Street, N.W., Rm. 6100 | ) | |
| Washington, D.C. 20536, | ) | |
| **Defendant.** | ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
501 3rd Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **15th** day of **September**, 2005, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **Marcia H. Cleveland**, by first class United States mail, postage prepaid, to:

**Marcia H. Cleveland**
**1602 Dickens Place**
**Upper Marlboro, MD 20774**

_____/s/_____
PETER S. SMITH,  D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
501 3rd Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0372