# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Marcia Hughes Cleveland

V.

CASE NUMBER: 1:05CV01709
JUDGE'S INITIALS

Michael Chertoff, Secretary
Department of Homeland Security
Washington, DC 20528

## AFFIDAVIT OF SERVICE

I, Marcia Hughes Cleveland, hereby declare that on the __2nd__ of __September__ 2005, I mailed a copy of the summons and complaint, certified mail return receipt request, to __Michael Chertoff__. Attached hereto is the green card acknowledging service.

(STAPLE GREEN CARD

IN THIS AREA)

_Marcia H. Cleveland_
SIGNATURE

Marcia Hughes Cleveland
1602 – Dickens Place
Upper Marlboro, MD 20774
(home) 301-808-0682
Attorney's D.C. Bar Number

RECEIVED
SEP 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Michael Chertoff
   Secretary, Department
   of Homeland Security
   Washington, DC 20528

   SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Manus Adam
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   SEP 9 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0005 4055 8423

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540