IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1709 (GK) |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Michael Chertoff, Secretary, U.S. Department of Homeland Security, respectfully moves the Court, pursuant to Rule 6(a)(1), for three additional days to file an answer or otherwise respond to the plaintiff's complaint in this action filed under Title VII. The current deadline is today, and defendant respectfully requests three additional days and a new deadline of November 10, 2005.

This last-day request is driven by the illness of the infant daughter of the Assistant United States Attorney assigned to this case, Peter S. Smith. The illness (high fever) appeared this last weekend, so it was not possible to anticipate the need for this extension more than four days in advance of the deadline. By the same token, it is not possible to foresee how long Mr. Smith will be called away from the office, and so three additional days are requested so as to minimize the need for this Court to rule on successive requests for additional days.

Although Local Rule 7(m) does not require it, undersigned counsel contacted *pro se* plaintiff regarding this motion, and plaintiff consented to the additional time. A

proposed order is attached.

          Respectfully submitted,

_____

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____

ALAN BURCH, D.C. Bar # 470655
for PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Of Counsel:

CAROLYN D. JONES
Associate Legal Advisor
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
166 Sycamore Street, Suite 200
Williston, VT 05495
(802) 288-7644

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **7th** day of **November**, 2005, a true and correct copy of the foregoing Defendant's Consent Motion to Enlarge Time to File an Answer or Otherwise Respond to Complaint was served upon Pro Se Plaintiff **Marcia H. Cleveland**, by first class United States mail, postage prepaid, to:

> **Marcia H. Cleveland**
> **1602 Dickens Place**
> **Upper Marlboro, MD 20774**

/s/
ALAN BURCH, D.C. Bar # 470655
for PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
501 3rd Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0372