IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br> U.S. Department of Homeland Security, )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-1709 (GK) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File an Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before November 10, 2005.

So ordered.  This _____ day of November, 2005.

_____
GLADYS KESSLER
United States District Judge