IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> U.S. Department of Homeland Security, ) <br> ) <br> Defendant. ) | Civil Action No. 05-1709 (GK) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion to Dismiss or for More Definite Statement and Memorandum of Points and Authorities in Support Thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2005,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Peter Smith
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th St., N.W.
Washington, D.C. 20530

Marcia Hughes Cleveland, Pro Se
1602 Dickens Place
Upper Marlboro, MD 20774