UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**MARCIA HUGHES CLEVELAND,**       :
                                    :
      **Plaintiff,**               :
                                    :
          **v.**                  :   Civil Action
                                    :   No. 05-1709 (GK)
**MICHAEL CHERTOFF,**              :
                                    :
      **Defendant.**                :
_____:

### ORDER

This matter comes before the Court upon the Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement ("Motion"), [**#7**]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, it is hereby

**ORDERED**, that Plaintiff respond to Defendant's Motion by **December 10, 2005.** If Plaintiff does not respond, the Court will

treat the Motion as granted and enter judgment in favor of Defendant.

                                          /s/_____
                                          Gladys Kessler
                                          U.S. District Judge

November 10, 2005

**Copies to**:

MARCIA HUGHES CLEVELAND
1602 Dickens Place
Upper Marlboro, MD 20774
(301) 808-0682