UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCIA HUGHES CLEVELAND,**   )<br>  )<br>   **Plaintiff,**   )<br>  )<br>   v.   )<br>  )<br> **MICHAEL CHERTOFF, Secretary,**   )<br> **U.S. Department of Homeland Security,**   )<br>  )<br>   **Defendant.**   )<br>  ) | **Civil Action No.:**<br>**05-1709 (GK)** |

**Notice of Appearance**

The Clerk of the Court will please enter the appearance of David A. Branch and the Law Office of David A. Branch as counsel for Plaintiff Marcia Hughes Cleveland.

                                                             Respectfully submitted,

By:          /s/          
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 7th day of December 2005, that a copy of the foregoing Notice of Appearance was sent electronically to counsel for Defendant listed below:

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                            /s/          
                                         David A. Branch