UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, )<br>)<br>Defendant. )<br>) | Civil Action No.:<br>05-1709 (GK) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER**

Comes now Plaintiff Marcia Hughes Cleveland, by and through counsel, and files this consent motion for extension of time to respond to the Court's November 10, 2005 Order, and in support thereof states as follows.

The Court issued an Order on November 10, 2005, ordering Plaintiff to respond to the Defendant's motion to dismiss by December 10, 2005. Counsel for Plaintiff entered his appearance in this case on December 7, 2005, and has not had sufficient time to respond to the Court's order or the Defendant's motion to dismiss. Plaintiff requests a thirty-day extension of time, through January 9, 2005, to respond to the Court's order dated November 10, 2005. Counsel contacted Defendant's counsel to advise him of this request and he consents to this motion.

Wherefore Plaintiff requests a thirty-day extension of time, through January 9, 2005, to respond to the Court's order dated November 10, 2005.

                                          Respectfully submitted,

By:               /s/
        David A. Branch #438764
        Law Office of David A. Branch, P.C.
        1825 Connecticut Avenue, NW #690
        Washington, D.C.  20009
        (202) 785-2805
        Attorney for Plaintiff

## Certificate of Service

I hereby certify this 7th day of December 2005, that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time to Respond to the Court's Order was sent electronically to counsel for Defendant listed below:

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                                /s/
                                    David A. Branch