UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCIA HUGHES CLEVELAND,**<br>1602 Dickens Place<br>Upper Marlboro, MD 20744<br>     Plaintiff,<br><br>     v.<br><br>**MICHAEL CHERTOFF, Secretary,**<br>U.S. Department of Homeland Security,<br>Washington, D.C. 20528<br>     Defendant. | Civil Action No.:<br>05-1709 (GK) |

**Plaintiff's Response to Defendant's Motion to Dismiss or for More Definite Statement**

Comes now Plaintiff Marcia Hughes Cleveland, by and through counsel, and files this response to Defendant's motion to dismiss or for more definite statement, and in support thereof states as follows.

On November 10, 2005, Defendant filed a motion to dismiss or for more definite statement. Plaintiff's response is due January 9, 2006. Plaintiff's counsel has reviewed the pro se complaint and agrees with Defendant's counsel and the court, that Plaintiff's allegations are not set out clearly in her pro se complaint. Plaintiff's counsel notes, however, that Plaintiff filed an administrative complaint with the agency and included in her complaint filed with this court a copy of issues accepted by the agency. Plaintiff is hereby submitting a motion for leave to file an amended complaint and she is filing an amended complaint.

                    Respectfully submitted,

By:      /s/
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C.  20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

      I hereby certify this 9th day of January 2006, that a copy of the foregoing Plaintiff's Response to Defendant's Motion to Dismiss or for More Definite Statement was sent electronically to counsel for Defendant listed below:

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                    /s/
                  David A. Branch