UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCIA HUGHES CLEVELAND,**  )<br>1602 Dickens Place                                )<br>Upper Marlboro, MD 20744              )<br>           Plaintiff,                                     )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>**MICHAEL CHERTOFF, Secretary,**    )<br>U.S. Department of Homeland Security, )<br>Washington, D.C. 20528                    )<br>           Defendant.                                 )<br>                                                              ) | Civil Action No.:<br>05-1709 (GK) |

**Plaintiff's Motion for Leave to File Amended Complaint**

Comes now Plaintiff Marcia Hughes Cleveland, by and through counsel, pursuant to Fed. R. Civ. P. Rule 15, and files this motion for leave to filed amended complaint, and in support thereof states as follows.

Plaintiff filed a complaint pro se which did not state clearly her allegations. Plaintiff is hereby filing an amended complaint. Plaintiff's complaint sets forth allegations under Title VII and the Rehabilitation Act. Rule 15 provides that leave to file an amended complaint should be freely given. Defendant will not be harmed by the filing of an amended complaint because Defendant has not filed an answer. Counsel for Plaintiff contacted Defendant's counsel to advise him of this request and he objects to this motion.

                    Respectfully submitted,

By:        /s/
      David A. Branch #438764
      Law Office of David A. Branch, P.C.
      1825 Connecticut Avenue, NW #690
      Washington, D.C. 20009
      (202) 785-2805
      Attorney for Plaintiff

### Certificate of Service

      I hereby certify this 9th day of January 2006, that a copy of the foregoing Plaintiff's Motion for Leave to File Amended Complaint was sent electronically to counsel for Defendant listed below:

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                            /s/
                                  David A. Branch