UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARCIA HUGHES CLEVELAND,         :
                                 :
        Plaintiff,               :
                                 :
             v.                  :   Civil Action
                                 :   No. 05-1709 (GK)
MICHAEL CHERTOFF,                :
                                 :
        Defendant.               :
_____:

### ORDER

This matter comes before the Court upon Plaintiff's Motion for Leave to File Amended Complaint, [**#12**]. Upon consideration of the Motion and the Opposition, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint, [**#12**], is **granted** and Defendant is free to re-file an appropriate Motion to Dismiss; it is further

**ORDERED** that Defendants' Motion to Dismiss or, in the Alternative, for a More Definite Statement, [**#7**], is **denied as moot**; it is further

**ORDERED** that Plaintiff's counsel comply with the Local Rules, including all the provisions of Local Civil Rule 7; and it is further

**ORDERED** that an Initial Scheduling Conference will be held in this case on **February 24, 2006 at 9:45 a.m.**

|  |  |
|---|---|
| February 3, 2006 | /s/_____<br>Gladys Kessler<br>U.S. District Judge |

**Copies to**: Attorneys of Record via ECF