IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCIA HUGHES CLEVELAND, )
)
Plaintiff, )
)
v. )
) Civil Action No. 05-1709 (GK)
MICHAEL CHERTOFF, Secretary, )
U.S. Department of Homeland Security, )
)
Defendant. )

**ORDER**

UPON CONSIDERATION OF Defendant's Motion to Dismiss Title VII Claims and Memorandum of Points and Authorities in Support Thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Title VII claims are dismissed.

_____
UNITED STATES DISTRICT JUDGE