UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCIA HUGHES CLEVELAND,** )<br>1602 Dickens Place )<br>Upper Marlboro, MD 20744 )<br>        Plaintiff, )<br>  )<br>        v. )<br>  )<br>**MICHAEL CHERTOFF, Secretary,** )<br>U.S. Department of Homeland Security, )<br>Washington, D.C. 20528 )<br>        Defendant. )<br>  ) | Civil Action No.:<br>05-1709 (GK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S TO DISMISS**

Comes now Plaintiff Marcia Hughes Cleveland, by and through counsel, and files this unopposed motion for two-week extension of time to file opposition to Defendant's motion to dismiss, and in support thereof states as follows.

Defendant filed a motion to dismiss the Title VII claims raised in Plaintiff's amended complaint on February 10, 2006. Plaintiff's response was due February 21, 2006. The period for the response included two weekends and a federal holiday and Plaintiff's counsel was out of the country the week of February 13, 2006. Plaintiff's counsel contacted Defendant's counsel on February 21, to inquire if he would consent to additional time. Due to Plaintiff's counsel's trial schedule, which includes multiple depositions and hearings before the EEOC Office of Employee Appeals the week of February 21, 2006, as well as a trail before the D.C. Superior Court the week of February 28, 2006, counsel will be unable to complete the opposition in time. Plaintiff requests a two-week extension of time, through March 7, 2006, to file her opposition to Defendant's

motion to dismiss the Title VII claims in Plaintiff's amended complaint. Counsel contacted Defendant's counsel to advise him of this request and he does not oppose this motion.

Wherefore Plaintiff requests a two-week extension of time through March 8, 2006, to file her opposition to Defendant's motion to dismiss the Title VII claims in Plaintiff's amended complaint.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 22nd day of February 2006, that a copy of the foregoing Plaintiff's Unopposed Motion for Two-week Extension of Time to File Opposition to Defendant's Motion to Dismiss was sent electronically to counsel for Defendant listed below.

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

_____/s/_____
David A. Branch