UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND,      )<br>1602 Dickens Place                           )<br>Upper Marlboro, MD 20744           )<br>            Plaintiff,                            )<br>                                                        )<br>            v.                                        )<br>                                                        )<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, )<br>Washington, D.C. 20528              )<br>            Defendant.                        )<br>                                                        ) | Civil Action No.:<br>05-1709 (GK) |

**O R D E R**

Upon Consideration of Defendant's Motion to Dismiss the Title VII Claims in Plaintiff's First Amended Complaint, the opposition thereto and any reply, it is

ORDERED that the motion be and hereby is denied.

_____
U.S. District Court Judge

Copies to:

David A. Branch
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, NW #690
Washington, D.C.  20009

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                                   /s/                          
David A. Branch

**Certificate of Service**

I hereby certify this 9th day of January 2006, that a copy of the foregoing Plaintiff's First Amended Complaint was sent to counsel for Defendant, listed below:

Peter S. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

/s/
David A. Branch