IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br> U.S. Department of Homeland Security, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1709 (GK) |

**JOINT MOTION FOR ENTRY OF PRIVACY ACT PROTECTIVE ORDER**

Plaintiff Marcia Hughes Cleveland brings this case under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §2000e-16 and the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. Am. Compl. at ¶¶ 1, 31. Plaintiff has sought various personnel and other records that Defendant believes may contain information protected by the Privacy Act of 1974, 5 U.S.C. § 552a. In addition, either party may seek information that may be deemed sensitive or confidential for other reasons. In order to permit the parties to discover information relevant to this case without disclosing confidential information and undermining the legislative purposes underlying the Privacy Act, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, the parties respectfully request that the Court enter the attached stipulated order.

Respectfully submitted,

| | |
|---|---|
| ____/s/_____ | ____/s/_____ |
| David A. Branch, Esquire | KENNETH L. WAINSTEIN |
| Law Offices of David A. Branch, PC | D.C. BAR # 451058 |
| 1825 Connecticut Avenue, N.W. #690 | United States Attorney |
| Washington, DC 20009 | |
| | ____/s/_____ |
| Attorney for Plaintiff Marcia Cleveland | PETER S. SMITH, D.C. BAR # 465131 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 307-0372 |
| | |
| | Attorneys for Defendant |