IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1709 (GK) |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

Defendant Michael Chertoff, Secretary, U.S. Department of Homeland Security, respectfully moves the Court, pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure, for a thirty-day extension of his time to file a motion for summary judgment in this case, up to and including January 2, 2006.[1]  The current deadline for defendant's motion is December 1, 2006.  The undersigned counsel of record contacted counsel for plaintiff to discuss the relief requested in this motion.  Plaintiff's counsel informed the undersigned that plaintiff does "not object to an extension for summary judgment as long as it is clear that if this [case] does not get resolved, we will seek leave to take the remaining depositions."[2]

This request is made four days in advance of the deadline sought to be extended.

---

[1] January 2, 2007 is the first business day following the expiration of thirty days from December 1, 2006.

[2] The discovery period currently is closed.  Defendant understands plaintiff to be referring to two specific depositions that were not completed during the discovery period in this case.

There is good cause for this motion. The undersigned counsel of record is hopeful that the parties will be able to resolve this case and file an appropriate settlement agreement and/or stipulation of dismissal. The parties have conducted mediation in this case and recently exchanged a draft stipulation that, if signed and filed, would fully resolve this case. Thus, the filing of defendant's motion may be unnecessary. Defendant respectfully requests that this Motion be granted. A proposed order is attached.

    Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372