IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA HUGHES CLEVELAND, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1709 (GK) |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Defendant shall file a motion for summary judgment, if any, on or before January 2, 2007.

So ordered.  This _____ day of November, 2006.

GLADYS KESSLER
United States District Judge